**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ZACH SABUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAWNEE COUNTY BOARD OF COUNTY )<br>COMMISSIONERS, et al., )<br>)<br>Defendants. ) | Case No. CIV-21-846-J |

**ORDER**

On April 25, 2022, the Court directed Plaintiff to advise the Court as to whether Defendant Mike Waters had been served, and if not, why Defendant Waters should not be dismissed without prejudice. *See* Order [Doc. No. 32]. Plaintiff's advisement was to be filed on or before May 6, 2022, and as of the date of this Order, Plaintiff has filed no advisement. In the absence of any showing that Defendant Walters has been served or any reason why he should not be dismissed, the Court DISMISSES Defendant Mike Waters without prejudice.

IT IS SO ORDERED this 10th day of May, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE